Cite as 2017 Ark. 321

# SUPREME COURT OF ARKANSAS

**Opinion Delivered:** November 16, 2017

IN RE ADMINISTRATIVE PLANS

**PER CURIAM**

Pursuant to Administrative Orders No. 14 and No. 18, administrative plans have been submitted by all judicial circuits and district courts. The administrative plans for circuit courts that have been approved, effective January 1, 2018, are as follows: First, Second, Third, Fourth, Fifth, Seventh, Eighth-North, Eighth-South, Ninth-East, Ninth-West, Tenth, Eleventh-East, Eleventh-West, Twelfth, Thirteenth, Fourteenth, Fifteenth, Sixteenth, Seventeenth, Eighteenth-East, Eighteenth-West, Nineteenth-East, Nineteenth-West, Twentieth, Twenty-First, Twenty-Second, and Twenty-Third. All the district court administrative plans have been approved.

BAKER, HART, and WYNNE, JJ., concur.

**KAREN R. BAKER, Justice, concurring.** I concur with the majority and write separately because I would approve all of the administrative plans for the circuit courts and the district courts.

Hart and Wynne, JJ., join in this opinion.